**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| MICHAEL S. SINGER, | ) | **CORRECTED MOTION** |
|  | ) |  |
| Plaintiff, | ) | Civil Action No. 1:17-CV-10071-WGY |
| v. | ) |  |
|  | ) | **ORAL ARGUMENT REQUESTED** |
| CITY OF NEWTON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**PLAINTIFF'S CORRECTED MOTION FOR SUMMARY JUDGMENT**

**(ORAL ARGUMENT REQUESTED)**

Pursuant to Fed. R. Civ. Proc. 56 and Local Rules 7.1 and 56.1, Plaintiff respectfully moves this Court for entry of an Order granting summary judgment in his favor. Specifically, Plaintiff moves for summary judgment on his claims:

1.  that the challenged provisions of Section 20-64 of the City of Newton Ordinances [*i.e.,* section 2 and subsections (3)(a)(i), (3)(a)(ii), and (3)(a)(v)] are void as preempted by the FAA Modernization and Reform Act of 2012 (Pub. L. 112-95) and the Federal Aviation Act (as recodified and amended), under the Supremacy Clause of the U.S. Constitution; and

2.  that the challenged provisions of Section 20-64 of the City of Newton Ordinances violate Plaintiff's rights of transit and navigation affirmed under 49 U.S.C. § 40103(a)(2) and Mass. Gen. Laws Ch. 90 § 35 and 46.

1

Plaintiff further moves for summary judgment in his favor on the matter raised by Defendant's Second Affirmative Defense (Home Rule), specifically:  that the City of Newton lacked authority under Article of Amendment 89 to the Massachusetts Constitution to enact the challenged provisions of Section 20-64 of the City of Newton Ordinances; and that the challenged provisions are therefore void.

In support of this Motion for Summary Judgment, Plaintiff is filing herewith a Memorandum of points and authorities and Statement of Material Facts, along with Declarations and exhibits.

Plaintiff requests oral argument on this Motion for Summary Judgment.

For the reasons provided in the supporting Memorandum, Plaintiff contends that there is no genuine disputed issue as to any material fact and that he is entitled to judgment on his claims as a matter of law.  Consequently, Plaintiff respectfully prays that this Court grant summary judgment in his favor, and declare that the challenged provisions of Section 20-64 of the City of Newton Ordinances are preempted by federal law, violate Plaintiff's rights, and are otherwise void.

Plaintiff further respectfully prays that the Court permanently enjoin the Defendant from administering or enforcing the challenged provisions of the Ordinance against Plaintiff or any other person.

/s/ Michael S. Singer
Michael S. Singer, *pro se*
241 Nahanton Street
Newton, MA  02459
617-388-2132
mike_remote@hotmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 11, 2017                              /s/ Michael S. Singer
                                                   Michael S. Singer, *pro se*

3