## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL S. SINGER,                                )
                                                  )
                  Plaintiff,                      )
                                                  )
        v.                                        )    Civil Action No. 1:17-CV-10071-WGY
                                                  )
CITY OF NEWTON,                                   )
                                                  )
                  Defendant                       )
                                                  )

## DECLARATION OF JOHN J. GOGLIA

I, John J. Goglia, hereby declare and state the following is true:

1. I have been retained by the Plaintiff to provide my expert opinion.
2. My principal address is P.O. Box 1245, Saugus, MA 01906.
3. I served as a Member of the National Transportation and Safety Board (NTSB) from 1995 to 2004.
4. I have more than 50 years of experience in the aviation industry on airframe and powerplant mechanics, aircraft maintenance, airport operations, and aircraft and transportation safety. I am co-author of *Safety Management Systems in Aviation*, now in its second edition. A copy of my resume is attached.
5. The National Airspace System (NAS) is under the centralized control of the Federal Aviation Administration (FAA). The FAA's control of the NAS ensures aviation safety and efficiency.
6. The FAA has issued rules that cover Unmanned Aircraft Systems (UAS) in the NAS. UAS typically operate in the NAS below a height of 400 feet. Manned helicopters also frequently fly in this airspace. By following Federal Aviation Regulations, both UAS and helicopters can operate safely in this airspace.
7. I have reviewed the City of Newton ordinance entitled *Pilotless Aircraft Operation*.
8. The ordinance attempts to restrict the movement of UAS in the NAS.
9. By placing another layer of local rules on UAS operations in the NAS, the Ordinance is likely to confuse UAS operators. This could result in violations of the Federal Aviation Regulations.
10. For example, the ordinance prohibits certain UAS operations below a height of 400 feet and, by implication, appears to require UAS operators to fly above 400 feet. UAS operations above 400 feet could raise safety issues for manned aircraft and could cause violations of Federal Aviation Regulations.
11. If other municipalities near Newton created their own rules, more confusion could result.

12. Some airspace over Newton is controlled airspace for Boston Logan International Airport. For aviation safety and efficiency, it is particularly important for the FAA to maintain exclusive control over this airspace.

13. Based on the above, it is my opinion that the ordinance will increase confusion for UAS operators and could cause them to violate FAA rules in the National Airspace System.

14. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements of fact are true, and that any foregoing statements based on my belief are believed to be true.

Executed on this 21 day of March 2017

John J. Goglia