**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MICHAEL S. SINGER, | ) ) ) | **DECLARATION OF** **VICTOR M. MOSS** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CITY OF NEWTON, | ) ) | Civil Action No. 1:17-CV-10071-WGY |
| Defendant | ) ) ) | |

**DECLARATION OF VICTOR M. MOSS**

I, Victor M. Moss, hereby declare and state the following true facts:

1.      I am of legal age and competent to make this declaration.  I have personal knowledge of the facts set forth in this declaration.

2.      I am a United States citizen.  My principal place of business is 2100 S. Carr St., Lakewood, CO 80227-2422.

3.      I have worked as a professional photographer for 29 years.   I am the founder and owner of Moss Photography, a commercial photography business since 1988.  I have an Associate's degree in Applied Science with an emphasis on Photography from the Art Institute of Colorado.  I am an aerial photography instructor at Drone U.

4.      I specialize in architectural and aerial photography.   I have extensive experience taking aerial photographs from unmanned and manned aircraft.  I hold an FAA remote pilot certificate with sUAS rating.

5.      I have been asked by the Plaintiff to compare manned and unmanned aircraft, and the photographic systems they typically carry.

6. I will state my opinions about the potential of certain equipment to enable surveillance or cause invasion of privacy, but I do not engage in these activities myself.

7. The ability of a photographic system to acquire a detailed photograph of a subject depends on the distance of the camera from the subject, the light cast on the subject, the resolution achieved by the camera and optical system, and the exposure.

8. The subject can be optionally illuminated with an external light source.

9. The resolution of a digital photograph depends on the sensor resolution and the optical magnification. The optical magnification is determined by the focal length of the lens and the dimensions of the sensor.

10. The exposure of a digital photograph depends on the aperture, the exposure time (shutter speed), and the amplification of light (ISO number). These parameters are interdependent, and improvement of one requires compromise of another. Overall, the quality of exposure is constrained by the amount of light cast on the subject. The maximum aperture is a physical characteristic of the lens. The chosen exposure time can depend on the movement of the subject and the camera.

11. Aircraft vibration and movement reduce the quality of an aerial photograph. These effects can be counteracted by reducing exposure time, and by using specialized camera accessories such a gyroscopic mounts.

12. Generally, modifications to a photographic system that provide more detailed aerial photographs will also increase the weight of the system. For example, increased focal length and maximum aperture can markedly increase the weight and bulk of the lens. Increased sensor resolution and more sophisticated electronics add to the weight of the camera. Specialized camera mounts and optional light sources add to the weight of the overall system.

13.     I typically perform unmanned aerial photography with a DJI Inspire 1 unmanned aerial vehicle with a DJI X5 Micro 4/3s camera.  The focal length ranges from 12mm to 45mm. The 35mm Full Frame equivalent would be 24mm to 90mm.  I consider this system to be of professional quality.  The unmanned aerial vehicle has a maximum payload of about 1.5lbs, including camera and gimbal. This maximum payload severely constrains the type of camera, lens, and mount that can be carried by the unmanned aerial vehicle.  The ability of this photographic system to acquire a detailed photograph is substantially less than a conventional handheld camera of professional quality. For example, my Nikon D800 with a 300mm lens and TC17E tele-converter (equating to a 510mm lens) weighs 4.15lbs.

14.     During unmanned and manned flights when I have taken aerial photographs, I am always aware of the aircraft's indicated altitude.

15.     In my opinion, a photograph taken with one of my professional handheld cameras from an aircraft 1000 feet over a subject will be more detailed than a photograph taken from my professional unmanned aerial vehicle 200 feet over the subject.  In this respect, a manned aircraft at 1000 feet above ground level (AGL) altitude will have more potential for surveillance and invasion of privacy that an unmanned aerial vehicle at 200 feet AGL altitude. For example, my Nikon D800 set up as described above will have 5.6 times the detail of my Inspire 1 (with its longest lens attached) if flown at the same altitude. The photographic detail obtained by my Nikon taken at 1000'AGL would be comparable to the detail obtained by my Inspire from 179'AGL.  I have another UAS, the DJI Phantom 4 Professional (P4P), which is much more common than the Inspire. The P4P has a full frame equivalent lens of 24mm.  The photographic detail obtained by my Nikon taken at 1000'AGL would be comparable to the detail obtained by

my P4P from 48'AGL.  A manned aircraft can carry a full frame DSLR camera with a 1000mm lens, which would provide about twice the resolution described above.

16.    Thus, although some unmanned aircraft possess flight characteristics that allow them to operate more closely to a subject, the detail of photographs from these aircraft is severely limited by a low payload capacity.

17.    On the other hand, although a manned aircraft may not operate as closely to a subject, it can carry heavier and much more sophisticated photographic equipment that results in more detailed photographs and a greater potential for surveillance or invasion of privacy.

18.    My fee for providing this declaration was $100.

19.    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements of fact are true, and that any foregoing statements based on my belief are believed to be true.

20.    Executed on this 21st day of March, 2017

_____
Victor M. Moss