
2000
400
300
200
100
Feet AGL
surface
Controlled
Airspace
Newton
Ordinance
§ (3)(a)(5)
Navigable
Airspace
Newton Ordinance § (3)(a)(5) over City streets
Class B
Airspace
Newton
Ordinance
§ (3)(a)(1)
Newton
Ordinance
§ (3)(a)(1)
Auburndale
Library
City
Hall
Chestnut Hill
Malia Terrace