# Newton City Ordinance Related to Drones

For Newton City Ordinance 20-64 **click here**

# How to Register Your Drone

By Mail - Please include the following:

1. Complete registration Application 2. Check in the exact amount made payable to the City of Newton (Allow 10 to 14 days, from the day we receive the request)

In Person: City Clerks Department -- First Floor, City Hall, during regular business hours.

## – Drones FAQs

**I already registered my pilotless aircraft with the FAA, why do I have to register again?**

**Does the FAA also regulate pilotless aircraft?**

**Do all pilotless aircraft need to be registered?**

**What if I don't live in Newton – will I still have to register my pilotless aircraft?**

**Where can I fly my pilotless aircraft?**

**How do I get a permit to launch or land my pilotless aircraft from public property in Newton?**

**May I fly my pilotless aircraft at night?**

**Will the FAA issue fines for operation of pilotless aircraft?**

**What is the price of registration?**

**Am I required to renew my registration with the City of Newton?**

**Is there a limit on the number of pilotless aircraft I can register with Newton?**

**What do I do if I see a pilotless aircraft in my backyard?**

Please take a picture of the pilotless aircraft and contact the City of Newton Police Department. We are asking the citizens of

Newton not take the matter into their own hands.

**Are there any useful pilotless aircraft applications for my mobile phone?**

**How do I register my pilotless aircraft if it doesn't have a serial number because it is homemade?**

**What is a Federal No Fly Zone?**

**Are there any Federal No Fly Zones in Newton?**

**Am I able to audio record with my pilotless aircraft?**