



**Woodland Golf Club** shared their photo.
October 31, 2016 · 🌐

Reminder that Reservations for the Children's Christmas Party with Santa open tomorrow morning at 10:00am! #SantaiscomingtoWoodland



**Woodland Golf Club**
October 25, 2016 · 🌐

👍 Like Page

Can you believe there are only 9 weekends left until Christmas?! and ONLY 6 weekends until Santa arrives at Woodland Golf Club in his helicopter! The Children's ...

See More

👍 Like          💬 Comment          ➔ Share

13