Message ID            <D4E9A1A5.2750E%heliops@verizon.net>
Created at:           Sat, Mar 11, 2017 at 12:44 PM (Delivered after 9 seconds)
From:                 Heliops <heliops@verizon.net>
To:                   michael.singer@thirstybrook.com
Subject:              Charter Flights December 3 & 4 , 2016
SPF:                  PASS with IP 206.46.173.17 Learn more


Blue Card LLC leases helicopter N419AE to Heliops LLC, a Part 135 Charter Operator based in Plymouth, MA.
Both flights you mentioned originated at Norwood Airport and landed on private property in Auburndale and were legally conducted under Part 135.
The purpose of both flights was VIP transport (Santa Claus).   On completion of each flight, the helicopter returned to its base in Plymouth.


Blue Card LLC is not interested in any "compensation" but would instead, request you use some of the money for dues when joining the NEHC.
http://www.nehc.org
Although the website does not yet reflect it, the NEHC is welcoming new members operating UAS/UAV.
The APOA & HAI are also welcoming UAS/UAV members.  All 3 groups will be good sources of information and support.

Wesley Verkaart
Blue Card LLC
Heliops LLC

12