

**City of Newton**

**Drone Registration**

**Application**

| City of Newton Permit: | 3 |
|---|---|
| Registration Date: | 1/25/17 |
| FAA Registration: | (Y) / N |

City Clerk's Use ONLY

Name: Joe Mulvey

Street: 24 Skyline Dr      City: Nashua NH   Zip: 03062

Email Address: bassmeister_2000@yahoo.com Phone: 603-809-3116

**Drone 1**

Make: Hubsan                Model: H501S

Serial Number: ███████████      Weight: ½ lb

FAA Certificate Number: ███████████

**Drone 2**

Make: _____        Model: _____

Serial Number: _____      Weight: _____

FAA Certificate Number: _____

2017 JAN 25 PM 1:55

**Drone 3**

Make: _____        Model: _____

Serial Number: _____      Weight: _____

FAA Certificate Number: _____

Newton City Clerk's Office – 1000 Commonwealth Avenue, Newton MA 02459 – (617)-796-1200

[0099]

Case 1:17-cv-10071-WGY   Document 34-14   Filed 04/11/17   Page 2 of 2



## Federal Aviation Administration

# Small UAS Certificate of Registration

CERTIFICATE HOLDER: Joseph Mulvey

UAS CERTIFICATE NUMBER: █████████

ISSUED: 01/26/2017          EXPIRES:   01/26/2020

*For U.S. citizens, permanent residents, and certain non-citizen U.S. corporations, this document constitutes a Certificate of Registration. For all others, this document represents a recognition of ownership.*

*For all holders, for all operations other than as a model aircraft under sec. 336 of Pub. L. 112-95, additional safety authority from FAA and economic authority from DOT may be required.*

**Safety guidelines for flying your unmanned aircraft:**

- Fly below 400 feet
- Never fly near other aircraft
- Keep your UAS within visual line of sight
- Keep away from emergency responders
- Never fly over stadiums, sports events or groups of people
- Never fly under the influence of drugs or alcohol
- Never fly within 5 miles of an airport without first contacting air traffic control and airport authorities

[0100]