**Representative Photographs of the DHD D1 Quadcopter**



