#197-15



# Public Safety & Transportation Committee Report

## City of Newton
## In City Council

### Wednesday, March 23, 2016

Present:  Councilors Ciccone (Chair), Blazar, Norton, Yates, Cote and Lipof

Absent: Councilor Harney and Fuller

Also Present:  Councilors Albright and Baker

City Staff:  Chief David MacDonald and Sgt. Jay Babcock, Newton Police Department; Shane Mark, Director of Operations, Department of Public Works; Robert DeRubeis, Commissioner Parks & Recreation Department; Maura O'Keefe, Assistant City Solicitor

**#197-15**      **Discussion on policy or ordinance to deal with the use of drones**
            <u>ALD. ALBRIGHT</u>, on behalf of a constituent requesting a discussion with the Chief of Police and the Commissioner of Parks and Recreation on the use of drones in the City of Newton to discuss what means and methods could become policy or ordinances to deal with an increase of privacy complaints as well as uses of more serious consequences.  [08/14/15 @ 11:51 AM]
**Action:**      **Approved 4-0-1, Councilor Yates abstaining, Councilor Lipof not voting**

**Note:**      Councilors Albright and Baker, Chief MacDonald, Commissioner DeRubeis and Ms. O'Keefe joined the Committee for discussion on this item.

Councilor Albright stated that she docketed this item on behalf of a constituent who expressed concerns that their privacy is being violated due to pilotless air crafts (drones). Councilor Albright stated that herself, Councilors Baker and Norton met with Maura O'Keefe, Assistant City Solicitor to create a draft City Ordinance regarding drones.

Councilor Baker stated a draft City Ordinance was created to be proactive to address privacy issues, and safety concerns before drones become problematic.   The Ordinance sets ground rules informing all drone operators.  A drone can operate for an extended period of time with significant range including cameras and visual reproduction.  Drones have important functions but it is important to deal with noise emitted and privacy issues.  He then said that the Federal Aviation Administration (FAA) has jurisdiction over airspace above 400 feet.   It has been left to local municipalities to protect the privacy interests and the general safety of the public.

Councilor Norton stated that "Peeping Toms" remain a concern.  Therefore, she worked with Councilors Albright and Baker and Ms. O'Keefe to create a draft ordinance especially since the FAA encourages local municipalities to protect the privacy interests and the general safety of the public.

Ms. O'Keefe stated that this draft is flexible.  She added that the City's police powers under Home Rule Legislation, seeks to protect the ability of the City's residents to enjoy private property without disturbance, and public property without injury.  This draft ordinance also pays particular attention to the public safety concerns associated with the operation of pilotless aircraft.  There are three general areas of concern that this ordinance seeks to address public safety, privacy and nuisance.  Ms. O'Keefe then stated that it is necessary to educate the public and incorporate a registration process to inform them of safe operations within the boundaries of the City.

Councilors addressed their comments and questions:
Comments:
        Massachusetts General Real Estate Law prohibits drones flying in the airspace over homes is considered trespassing which could be enforced.
Questions:
        What is the existing policy for hobbyists to operate drones in open parks?
        When a permit is issued, would it reflect a range of time, not a particular day or time?
        How is the flying of drones enforced?
        Please explain the FAA registering process?
        Does the FAA have flying jurisdiction less than 400 feet?

Ms. O'Keefe answered this ordinance prohibits using technology to further invade private property.  There are nuances of the bundle of property rights but not as explicit as the real estate law but it is something that may be considered.   It is necessary to draw boundary lines to prohibit flying drones over private properties.  The FAA registration process for hobbyists to register their drones includes registering on-line where you will be issued a certificate of registration for affixing to the drone.  The FAA has jurisdiction over navigable air space, generally over 500 feet or 1,000 feet depending on the population density.

Commissioner DeRubeis answered that most of the time; the Parks & Recreation Department is contacted requesting permission to fly a drone which is appreciated.  Permission is usually granted if the park does not have an event.  He does prohibit large size groups desiring to fly numerous drones.   He then said that permits can be issued with a rain date on them.  Administratively, it is more difficult because of the three day range and parks where there is no scheduled event.  He said that this draft ordinance is a good tool.  It has to be determined what parks and times drones will be permitted to fly.

Chief MacDonald answered that registering the drone with an FAA number and photographs with the City would allow the department to identify the individual.  Enforcement would remain difficult.  He then stated that data from 2012 to the present depicts that there have been four reports of 'Peeping Toms'.  There has been one incident for a drone.  Drones are not an issue at this

time, but agreed that the City must be proactive.  He said that this draft ordinance would be beneficial if drones became an issue.

Councilor Ciccone opened the discussion to members of the public who were present.  Residents expressed their concerns regarding pilotless aircrafts.  They stated that drones are noisy, disruptive and invade privacy.  The residents in attendance support assigning parks and times where drones will be allowed to fly.  They agree that the draft ordinance is a good working tool.  A resident suggested the Committee consider differentiating between commercial drone uses versus hobbyists use.  A resident stated that drones are educational to children by engaging them into STEM (science, technology, engineering and math) education that is essential for student success.

Ms. O'Keefe answered that this draft ordinance addresses hobbyists drone users.  Commercial drone use is heavily regulated by the FAA, which is pre-empted from municipal regulations. The FAA is still in the process of formulating their regulations, their regulations may alter the registration process or parts of this draft may be preempted, but we have to be pro-active.

Councilor Albright asked if this draft ordinance should be reviewed to reference commercial drone use?  Ms. O'Keefe answered that she expects changes but it is the will of the docketers.  Councilors Albright, Baker and Norton urge the Committee to approve a new City Ordinance.

Without further discussion, Councilor Blazar moved approval.  Committee members agreed 4-0-1, Councilors Yates abstaining and Lipof not voting.  Councilor Yates abstained as he missed the conversation.

Committee Clerk's note:  On 03/24/16, I received an email, on file from the constituent requesting Councilor Albright docket this item.  He attended this discussion and spoke briefly.  His email in part stated "fully support the proposed draft ordinance (Docket #197-15) created by the Public Safety and Transportation Committee.  We hope that the City Council, as a whole, will pass the city ordinance when it comes before them".

| #326-14 | **Discussion and plan to replace parking meters** |
| | <u>ALD. ALBRIGHT</u>, requesting a discussion and a plan to replace all Newton parking meters within two years.  [08/19/14 @ 9:16 AM] |
| **Action:** | **No Action Necessary 5-0, Councilor Lipof not voting** |

**Note:**        Councilor Albright and Mr. Mark joined the Committee for discussion on this item.

Mr. Mark stated that the Department of Public Works is excited to report that a plan to replace Newton parking meter technology is complete. The City is in final negotiations with a vendor and anticipate that smart parking technology options will come to fruition this summer.  Details will be provided during budget discussions by the Executive Department.

Mr. Mark stated that it would <u>not</u> be necessary for the City to purchase new parking meters; the technology will work on existing meters.  The City anticipates replacing parking meters in the