

# NEWTON POLICE DEPARTMENT
## NEWTON, MA

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 15007758 / 1 | UMINA S | OFFICER | APPROVED |

## INCIDENT #15007758 DATA
As Of 03/05/2015 13:04:04

### BASIC INFORMATION

| CASE TITLE | LOCATION | APT/UNIT # |
|---|---|---|
| LOST DRONE | 191 PEARL ST | |

| DATE/TIME REPORTED | DATE/TIME OCCURRED |
|---|---|
| 03/05/2015 11:26:12 | 03/04/2015 10:00 to 03/04/2015 11:00 |

**INCIDENT TYPE(S)/OFFENSE(S)**
(99918)LOST PROPERTY

### PERSONS

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| REPORTING PERSON | ANASTASI, PAUL | MALE | WHITE |
| OWNER/OPERATOR | CITY OF NEWTON, SCHOOL DEPT | | |

**[ NO OFFENDERS ]**

**[ NO VEHICLES ]**

### PROPERTY

| CLASS | DESCRIPTION | MAKE | MODEL | SERIAL # | VALUE |
|---|---|---|---|---|---|
| AIRCRAFT | DRONE | PHANTOM 2 VISION+ | | BH211018152770 | |

## OFFICER REPORT: 15007758 - 1 / UMINA S (24878)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/05/2015 13:03:58 | INCIDENT | APPROVED |

### REPORT OFFICERS

| | | |
|---|---|---|
| Reporting Officer: | UMINA S | 24878 |
| Reviewing Officer: | CHISHOLM G | 13371 |

Case 1:17-cv-10071-WGY    Document 34-18    Filed 04/11/17    Page 2 of 3

| Approving Officer: | DANGELO K | 11655 |

Case 1:17-cv-10071-WGY    Document 34-18    Filed 04/11/17    Page 3 of 3



## NEWTON POLICE DEPARTMENT
## NEWTON, MA

### INCIDENT DATA

| INCIDENT # | DATE/TIME REPORTED | CLASSIFICATION TYPE |
|---|---|---|
| 15007758 | 03/05/2015 11:26 | GENERAL INCIDENT |

**OFFICER REPORT: 15007758 - 1 / UMINA S (OFFICER)**

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/05/2015 11:26:12 | INCIDENT | APPROVED |

**NARRATIVE**

Paul Anastasi, Facilities Operations Manager for the City of Newton School Department came into headquarters to report a lost Drone. Yesterday, 3/5/15 around 10:00AM he was operating the School Departments Drone over Lincoln Elliot School. At some point he states he lost contact with the drone and it flew east toward Watertown. He believes that it has a one mile radius and at that point would land on its own.

It is a Phantom 2 Vision+ white drone with 4 propellers and a camera fixed to the bottom. Serial number for the drone is BH211018152770 and serial number for the camera is BH201216104619. both were entered into CJIS by dispatcher Lyman.