Figure 1.  Aerial photograph of Plaintiff's family taken from altitude of **300 feet** above ground level with professional-grade Yuneec Typhoon H Realsense unmanned aircraft with CGO3+ camera, 12.4 megapixels.  Upper panel, full frame.  Lower panel, detail showing limits of resolution.  Photograph has not been retouched.





Figure 2.  Aerial photograph of Plaintiff's family taken from altitude of **200 feet** above ground level with equipment as described in Figure 1.  Upper panel, full frame.  Lower panel, detail showing limits of resolution.  Photograph has not been retouched.





Figure 3.  Aerial photograph of Plaintiff's family taken from altitude of **100 feet** above ground level with equipment as described in Figure 1.  Upper panel, full frame.  Lower panel, detail showing limits of resolution.  Photograph has not been retouched.



