**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MICHAEL S. SINGER

        Plaintiff(s)

v.                     CIVIL ACTION NO. 17CV10071-WGY

CITY OF NEWTON

        Defendant(s)

## **JUDGMENT IN A CIVIL CASE**

YOUNG, D.J.

\_\_\_\_\_     **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_     **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED:**

Pursuant to the FINDINGS OF FACT, RULINGS OF LAW AND ORDER entered on September 21, 2017, this Court holds that Ordinance sections (b), (c)(1)(a), (c)(1)(b), and (c)(1)(e) are preempted and the remainder of Newton's Ordinance stands.

ROBERT M. FARRELL
CLERK OF COURT

Dated: September 21, 2017          By   /s/Matthew A. Paine
                                                     Deputy Clerk